| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE DEKALB SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF DEKALB | ) | CAUSE NO._____ |

| | |
|---|---|
| SHAWN ABERCROMBIE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ALUDYNE NORTH AMERICA, INC. | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT

Plaintiff alleges against Defendant that:

1. The Plaintiff is Shawn Abercrombie, a Black male who resides in Fort Wayne, Indiana who worked for Defendant Aludyne North America, Inc. Plaintiff filed a Charge of Discrimination No: 24D-2023-00064 with the Equal Opportunity Commission on or about December 14, 2022, attached hereto and made a part hereof as exhibit A. The EEOC issued a determination and notice of rights/notice of rights to sue on or about April 26, 2023 (exhibit B), and this Complaint has been filed within ninety days after receipt thereof.

2. Plaintiff contends that he was discriminated against and terminated on account of his race (African American/Black) his sex (male) and that he was retaliated against based upon the facts and allegations set forth in his Charge of Discrimination/exhibit A. Plaintiff reported the incident of sexual touching to his Human Resources representative, as well as reporting that another employer made a race-based comment in front of the Plaintiff. Plaintiff also reported the comment to his supervisor.

–1–

3. Thereafter, Plaintiff applied for a position but was never interviewed, and he contends that he was not granted an interview and was not given the job because of his race and color (African American/Black) and because he was a male who reported an incident of sexual harassment.

4. Plaintiff was terminated from his job at Aludyne North America, Inc. on or about December 13, 2022, and Plaintiff contends that his termination was in retaliation for his experiencing racial and sexual discrimination/harassment in the workplace and then reporting that discrimination/harassment.

5. Defendant Aludyne North America, Inc. is a corporation authorized to do business in the state of Indiana and does so at 1200 Power Drive, Auburn, IN 46706. The principal office address of Aludyne is 300 Galleria Officentre, Suite 501, Southfield, MI 48034. The resident agent for Aludyne is CT Corporation System, 334 North Senate Avenue, Indianapolis, IN 46204. Defendant Aludyne is an "employer" for purposes of Title VII of the civil rights act of 1964, 42 U.S.C. § 2000e et seq. ("Title VII"). Pursuant to 42 U.S.C. § 1981, Aludyne is required to treat minorities and Caucasians the same with contractual benefits of employment, which include the terms, conditions, privileges, and benefits of employment in the workplace. Plaintiff contends that as a Black male who was sexually harassed, he was denied these benefits giving rise to his claims under Title VII and 42 U.S.C. § 1981.

6. The actions of the Defendant in discriminating against Plaintiff, retaliating against Plaintiff, and terminating Plaintiff on account of his race and color (African American/Black) and because of his sex, and because he reported

discrimination/harassment in the workplace because of his race and color, were intentional and in reckless disregard of his federally protected civil rights under Title VII and § 1981.

7. As a direct and proximate result of Defendant's discrimination, retaliation, and termination of the Plaintiff, Plaintiff lost his job- and job-related benefits including income. Plaintiff seeks compensatory damages for a loss of his job- and job-related benefits including income, emotional distress, mental anguish, humiliation, embarrassment, inconvenience, and other similar damages and injuries. Plaintiff also seeks punitive damages against Defendant.

WHEREFORE, Plaintiff prays for judgement against the Defendant for pecuniary damage, compensatory damages, punitive damages, reasonable attorney's fees and costs, and for all other just and proper relief in the premises under Title VII and § 1981.

## JURY DEMAND

Pursuant to Rule 38 of the Indiana Rules of Trial Procedure, Plaintiff demands a trial by jury in this action.

        Respectfully submitted,

        **MYERS SMITH WALLACE, LLP**

        <u>*/s/ Christopher C. Myers*</u>
        Christopher C. Myers, #10043-02
        809 South Calhoun Street, Suite 400
        Fort Wayne, IN 46802
        Telephone:   (260) 424-0600
        Facsimile:    (260) 424-0712
        E-mail:       cmyers@myers-law.com
        *Counsel for Plaintiff*